**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

JENNIFER DAVID, TANYA DAVID            CIVIL ACTION NO.:
MENSMAN and J. SHANE DAVID

VERSUS                                 HONORABLE JUDGE:

LAFAYETTE SPECIALTY HOSPITAL,
L.L.C. d/b/a TRIUMP MEADOWBROOK
SPECIALTY HOSPITAL LAFAYETTE           MAGISTRATE JUDGE:

## COMPLAINT

Complainants, JENNIFER DAVID, TANYA DAVID MENSMAN and J. SHANE DAVID, persons of the full legal age, through undersigned counsel, bring this action against defendant, LAFAYETTE SPECIALTY HOSPITAL, L.L.C. d/b/a TRIUMP MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE, a foreign corporation incorporated in Delaware with its principal place of business in Louisville, Kentucky.

I.

This Court has diversity jurisdiction over this case under 28 U.S.C.§1332. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

II.

Defendant, LAFAYETTE SURGIAL HOSPITAL, L.L.C. d/b/a TRIUMPH MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE, is a foreign corporation authorized to do and doing business in Lafayette, Louisiana.

III.

Defendant is truly indebted to the complainants in an amount commensurate with the damages sustained by complainants for the following, to-wit:

IV.

Complainants' father, Ludovic Antoine David was a patient at LAFAYETTE SURGIAL HOSPITAL, L.L.C. d/b/a TRIUMPH MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE on or about January 24, 2011 until on or about February 11, 2011 at which time he was the victim of substandard care leading to multiple symptoms and conditions.

V.

Ludovic Antoine David passed away on March 23, 2011. The cause of death according to the death certificate was "Septic Shock" and "Clostridium Difficile Coutis".

VI.

The substandard care, resulting symptoms and death of Ludovic Antoine David were a direct and proximate result of the failure of LAFAYETTE SURGIAL HOSPITAL, L.L.C. d/b/a TRIUMPH MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE, its staff, employees, and others for whom it is responsible to render proper care, including, but not limited to properly administer IV fluids, allowing Mr. David to become severely dehydrated and failing to follow proper infection control standards leading to the development of MRSA, C-Diff, Sepsis and respiratory failure. Further, defendants failed to recognize his serious condition and take appropriate action.

VII.

An investigation by the State of Louisiana, Department of Health and Hospitals, determined that LAFAYETTE SURGIAL HOSPITAL, L.L.C. d/b/a TRIUMPH MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE was deficient in nursing services and infection control.

VIII.

Defendant either lacked the degree of knowledge or skill required or failed to exercise the degree of care ordinarily exercised by health care providers licensed to practice in the State of Louisiana under similar circumstances and failed to exercise the appropriate standard of care for their particular specialty and also failed to use reasonable care and diligence along with the best judgment in the application of that skill and further, as a proximate result of this lack of knowledge or skill and the failure to exercise the degree of care, Ludovic Antoine David suffered injuries that would not otherwise have been incurred and died from those injuries.

IX.

Upon information and belief, the aforementioned injuries and death were caused or contributed to wholly, solely and/or concurrently through the negligence and/or fault of defendant in the following non-exclusive particulars, to-wit:

a) Failing to render proper care to Ludovic Antoine David;

b) Failing to recognize signs and symptoms of infection;

c) Failing to take proper precautions to avoid infection;

d) Failing to properly respond to Ludovic Antoine David's needs, which includes the failure to care plan properly and/or implement the care plan in place for him;

    e)     Failing to keep Ludovic Antoine David properly hydrated;

    f)     Failing to keep Ludovic Antoine David's physicians properly informed of his condition;

X.

Complainants, JENNIFER DAVID, TANYA DAVID MENSMAN and J. SHANE DAVID are the natural children of Ludovic Antoine David.

XI.

As a direct and proximate result of the negligence of defendant, complainants are entitled to and pray for damages pursuant to Louisiana Civil Code Article 2315.1 (commonly known as the survival action).

XII.

As a direct and proximate result of the negligence of defendant, complainants are entitled to and pray for damages pursuant to Louisiana Civil Code Article 2315.2 (commonly known as the wrongful death action).

XIII.

As a direct and proximate result of the negligence of defendant, Ludovic Antoine David lost a chance of survival and/or a chance of a better outcome, and complainants are entitled to and pray for an award for such damages as are reasonable in the premises.

XIV.

As a direct and proximate result of the negligence of defendant, LAFAYETTE SURGIAL HOSPITAL, L.L.C. d/b/a TRIUMPH MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE, complainants itemize the damages sustained in the following non-exclusive particulars and pray for such awards as are reasonable in the premises:

    a)     Pain and suffering;

    b)    Mental anguish and emotional distress;

    c)    Loss of enjoyment of life;

    d)    Medical expenses;

    e)    Wrongful death damages; and

    f)    Lost chance of survival damages.

XV.

Complainants pray for trial by jury on all issues raised herein.

WHEREFORE, complainants JENNIFER DAVID, TANYA DAVID MENSMAN and J. SHANE DAVID pray that defendant, LAFAYETTE SURGIAL HOSPITAL, L.L.C. d/b/a TRIUMPH MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE, be served with a certified copy of this petition and be cited to appear and answer same, that after all legal delays and due proceedings had, there be judgment rendered herein and in favor of complainants and against defendant for such damages as are reasonable in the premises, with legal interest from the date of judicial demand until paid, and for all costs of these proceedings as allowed by law.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

RESPECTFULLY SUBMITTED,

GUILLIOT & ST. PÉ, LLC

KENNETH D. ST. PÉ
La. Bar Roll No. 22638
428 Jefferson Street
Lafayette, Louisiana 70502
(337) 232-8177