UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JENNIFER DAVID, TANYA DAVID MENSMAN and J. SHANE DAVID | CIVIL ACTION NO.:   11-1945 |
| VERSUS | HON. TUCKER L. MELANCON |
| LAFAYETTE SPECIALTY HOSPITAL, L.L.C. d/b/a TRIUMP MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE | MAGISTRATE JUDGE: |

**PLAINTIFFS' FIRST SUPPLEMENTAL
AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, JENNIFER DAVID, TANYA DAVID MENSMAN and J. SHANE DAVID, who, respectfully represent that they desire to supplement and/or amend their Original Complaint filed herein in the following, to-wit:

1.

By amending Paragraph II of the original Complaint to read as follows:

"II.

Defendant, LAFAYETTE SPECIALTY HOSPITAL, L.L.C., registered with the Louisiana Secretary of State and d/b/a KINDRED HOSPITAL LAFAYETTE, is a foreign corporation authorized to do and doing business in Lafayette, Louisiana."

2.

To supplement and amend Paragraph IV to their original Complaint to read as follows:

"IV.

Complainants' father, Ludovic Antoine David was a patient at LAFAYETTE SURGICAL HOSPITAL, L.L.C. d/b/a KINDRED HOSPITAL LAFAYETTE on or about January 24, 2011 until on or about February 11, 2011 at which time he was the victim of substandard care leading to multiple symptoms and conditions."

3.

To supplement and amend Paragraph VI to their original Complaint to read as follows:

"VI.

The substandard care, resulting symptoms and death of Ludovic Antoine David were a direct and proximate result of the failure of LAFAYETTE SPECIALTY HOSPITAL, L.L.C. d/b/a KINDRED HOSPITAL LAFAYETTE, its staff, employees, and others for whom it is responsible to render proper care, including, but not limited to properly administer IV fluids, allowing Mr. David to become severely dehydrated and failing to follow proper infection control standards leading to the development of MRSA, C-Diff, Sepsis and respiratory failure.  Further, defendants failed to recognize his serious condition and take appropriate action."

4.

To supplement and amend Paragraph VII to their original Complaint to read as follows:

"VII.

An investigation by the State of Louisiana, Department of Health and Hospitals, determined that LAFAYETTE SURGICAL HOSPITAL, L.L.C. d/b/a KINDRED HOSPITAL LAFAYETTE was deficient in nursing services and infection control."

5.

To supplement and amend Paragraph XIV to their original Complaint to read as follows:

"XIV.

As a direct and proximate result of the negligence of defendant, LAFAYETTE SURGICAL HOSPITAL, L.LC. d/b/a KINDRED HOSPITAL LAFAYETTE, complainants itemize the damages sustained in the following non-exclusive particulars and pray for such awards as are reasonable in the premises:

- a) Pain and suffering;
- b) Mental anguish and emotional distress;
- c) Medical expenses;
- d) Wrongful death damages; and
- e) Lost chance of survival damages."

6.

To amend the prayer as follows:

"WHEREFORE, complainants, JENNIFER DAVID, TANYA DAVID MENSMAN and J. SHANE DAVID pray that defendant, LAFAYETTE SURGIAL HOSPITAL, L.L.C. d/b/a KINDRED HOSPITAL LAFAYETTE, be served with a certified copy of this petition and be cited to appear and answer same, that after all legal

delays and due proceedings had, there by judgment rendered herein and in favor of complainants and against defendant for such damages as are reasonable in the premises, with legal interest from the date of judicial demand until paid, and for all costs of these proceedings as allowed by law."

7.

Plaintiffs renew and reiterate all of the allegations of their Original Complaint as if copied herein in extenso, and the prayer of their Original Complaint as though set forth at length herein.

WHEREFORE, petitioners pray that their Original Complaint be amended in the above particulars, that defendant be cited to appear and answer hereto, that after legal delays and due proceedings had, there be judgment herein in favor of plaintiffs, JENNIFER DAVID, TANYA DAVID MENSMAN and J. SHANE DAVID, and against defendant, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

RESPECTFULLY SUBMITTED,

GUILLIOT & ST. PÉ
(*A Professional Law Corporation*)

_____
KENNETH D. ST. PÉ
La. Bar Roll No. 22638
428 Jefferson Street
Lafayette, Louisiana  70501
(337) 232-8177

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this date been forwarded to all known counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid.

Lafayette, Louisiana, this _____ day of _____, 2012.

_____
KENNETH D. ST. PÉ