UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| JENNIFER DAVID, TANYA DAVID MENSMAN and J. SHANE DAVID | * | CIVIL ACTION NO.: 11-1945 |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE: HON. PATRICK J. HANNA |
| LAFAYETTE SPECIALTY HOSPITAL, L.L.C. d/b/a TRIUMPH MEADOWBROOK SPECIALTY HOSPITAL LAFAYETTE | * | |
| | * | |

## ORDER

Considering the foregoing Joint Stipulation to Dismiss With Prejudice filed by defendant Kindred Hospital Lafayette and the David plaintiffs;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the Joint Stipulation is GRANTED ordering this matter dismissed with prejudice.

Lafayette, Louisiana this 4th day of February, 2014.

_____
JUDGE